**RUPRECHT HART RICCIARDULLI & SHERMAN, LLP**
**COUNSELLORS AT LAW**
**53 Cardinal Drive- Suite 1**
**Westfield, New Jersey 07090**
**Telephone (908) 232-4800**
**Fax (908) 232-4801**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/05/2022

**LOUIS A. RUPRECHT***
**THOMAS C. HART***
**MICHAEL R. RICCIARDULLI***
**RENEE J. SHERMAN***
**JUDITH A. WAHRENBERGER***
**BRION D. McGLINN**
***Certified by the Supreme Court of New Jersey as a Civil Trial Attorney***

**OF COUNSEL:**
**JOHN W. GREGOREK**
**JESSICA M. ANDERSON**
**DAVID PARKER WEEKS***

**JESSICA J. MAHONY**
**MEGHAN E. WALSH**
**KRISTIN J. BRUMMER**
**MATTHEW E. BLACKMAN**
**PATRICIA E. VOORHIS**
**MICHAEL J. DI LEO**
**ALEXANDER B. STOCKDALE**
**RICHARD M. FORZANI**
**LOUIS A. DI LEO**
**WENDY A. JENNINGS**
**ANDREW C. SMEDBERG**

September 2, 2022

**MEMO ENDORSED**

**VIA E-COURTS**
Judge Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Gene Russo v. New Jersey Transit Rail Operations, Inc.**
Civil Action No.: 1:22-cv-01751
Our File No. 4570

Dear Judge Caproni:

Our office represents Defendant, New Jersey Transit, in the above-captioned matter. I write to Your Honor in response to the letter from Plaintiff's counsel regarding outstanding discovery.

Last week I anticipated receiving confirmation from the New Jersey Transit claims representative about scheduling corporate representative witnesses for deposition per Plaintiff's notice. I was informed that the claims representative handling this matter has a health issue and is unexpectedly receiving treatment. I was also informed that this prevented him from communicating with the various witnesses regarding their depositions.

Health issues notwithstanding, we have a witness who can testify to categories 1, 2, 5, and 7 who is available next Thursday and Friday (9/8 and 9/9) at 2:00 PM. We have another witness available to cover categories 3 and 6. That witness is generally available next week after Tuesday, but the specific date and time will have to be agreed upon.

I agree with Plaintiff's counsel that this dispute is picayune and wish he had simply given me a call to discuss prior to unilaterally filing this motion without leave.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Thomas C. Hart /s/*

Thomas C. Hart

---

In light of the Defendant's update, the Court will take no action as it appears this dispute has now been resolved.

SO ORDERED.

*[signature: Valerie Caproni]*          09/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---