USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
GENE RUSso,                                        :
                                                   :
                              Plaintiff,           :
           -against-                               :      22-CV-1751 (VEC)
                                                   :
                                                   :      ORDER
NJ TRANSIT RAIL OPERATIONS, INC.,                  :
                                                   :
                                                   :
                              Defendant.           :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a conference in this matter on November 18, 2022.

IT IS HEREBY ORDERED that the parties are ordered to meet and confer in a good faith effort to resolve the parties' dispute regarding outstanding fact discovery.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment and *Daubert* motion is due by **December 22, 2022**. Plaintiff's response is due by **January 27, 2023**, and Defendant's reply is due by **February 10, 2023**. The Court will refer the parties to the assigned magistrate judge for a settlement conference by separate order.

**SO ORDERED.**

Date:  November 18, 2022                                    VALERIE CAPRONI
       New York, New York                               United States District Judge