UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>　　　　　　　　　Plaintiff,<br><br>-v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br>　　　　　　　　　Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **Thursday, June 29, 2023 at 12:30 p.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 295 150 388 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

　　　SO ORDERED.

Dated:　June 22, 2023
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge