UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                              Plaintiff,<br><br>-v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br>                              Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

At the June 29, 2023 status conference, the Court ordered that, "[b]y July 7, 2023, the parties shall confer for a minimum of one hour about the possibility of settling this case, including whether the parties wish to refer the matter to the designated magistrate judge or to the Court-annexed Mediation Program," and "shall submit a joint letter regarding the outcome of the aforementioned discussion(s)." *See* June 29, 2023 Minute Entry. The parties have not submitted the required letter.

The parties are hereby directed to pursue settlement under Magistrate Judge Cott, to whom this matter has been referred. *See* ECF No. 20 (Referral Order). By no later than **Wednesday, July 12, 2023**, the parties shall contact the Chambers of Magistrate Judge Cott to schedule a settlement conference. The parties shall schedule the conference for the earliest possible date.

SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                                                    *[signature]*
                                                                    JENNIFER H. REARDEN
                                                                    United States District Judge