UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>       Plaintiff,<br><br>  -v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>       Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On **September 20, 2023** at **11:30 a.m.**, the Court will hold a conference to address Defendant's motion for summary judgment. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 273 837 769 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

  SO ORDERED.

Dated: September 12, 2023
   New York, New York

                      */s/ Jennifer H. Rearden*
                      JENNIFER H. REARDEN
                      United States District Judge