UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                                  Plaintiff,<br><br>-v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>                                  Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the September 28, 2023 conference, Defendant's motion for summary judgment is DENIED, and its motion *in limine* is DENIED without prejudice to renewal.

    The Clerk of Court is directed to terminate ECF Nos. 22 and 23.

    SO ORDERED.

Dated: September 28, 2023
       New York, New York

                                                   JENNIFER H. REARDEN
                                                   United States District Judge