UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                    Plaintiff,<br><br>    -v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>                    Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Trial in this action will commence on January 8, 2024.  The parties shall submit a Joint Proposed Pretrial Order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by December 8, 2023.  On that date, the parties shall also submit all pretrial filings specified in Rule 7.B of the Court's Individual Rules and file any motions *in limine*.  Oppositions to any motions *in limine* shall be filed by December 15, 2023.  The Court will not entertain replies.

      The Court will hold a final pretrial conference by telephone on January 3, 2024 at 12:00 p.m.  Counsel should join the conference by dialing 646-453-4442 and entering access code 493 120 04 followed by the pound (#) sign.  The conference must be attended by the attorneys who will serve as principal trial counsel.

      SO ORDERED.

Dated: October 31, 2023
      New York, New York

                                                   JENNIFER H. REARDEN
                                                   United States District Judge