UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>        Plaintiff,<br><br>    -v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>        Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

At the January 3, 2024 conference in this matter, and pursuant to the Order issued on January 4, the Court directed the parties as follows:

> By **Sunday, January 7, 2024** at **12:00 p.m.**, the parties shall file a joint letter (1) identifying all disputes that the parties have resolved; [and] (2) attaching [to the filed joint letter] any exhibits to which a party continues to object[.]

See ECF No. 63 (emphasis in original).

The parties have not complied with the foregoing. The parties are directed to do so forthwith.

SO ORDERED.

Dated: January 7, 2024
    New York, New York

                  _____
                  JENNIFER H. REARDEN
                  United States District Judge