UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                           Plaintiff,<br><br>                           -v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>                           Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      On Monday, January 8, 2024 at 5:36 p.m., Defendant New Jersey Transit Rail Operations, Inc. moved to amend the Joint Pretrial Order "to include additional witnesses that Defendant may call to testify": Crystal Garner-McFarlane, Andrei Sandor, and Leon Morales. ECF No. 74.

      Upon consideration of Defendant's application and the parties' arguments presented on January 9 and January 10, Defendant's application is DENIED. A ruling providing the bases for the Court's decision will issue.

      SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                                                             _/s/ Jennifer H. Rearden_
                                                                             JENNIFER H. REARDEN
                                                                             United States District Judge