UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                    Plaintiff,<br><br>-v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>                    Defendant. | 22 Civ. 01751 (JHR)<br><br>**<u>JUDGMENT</u>** |

JENNIFER H. REARDEN, District Judge:

This action having proceeded to trial on January 9, 2024, and, at the conclusion of the trial, on January 12, 2024, the jury having rendered a verdict in favor of Plaintiff Gene Russo against Defendant NJ Transit Rail Operations, Inc. in the amount of $57,026 for loss of earnings and $193,888 for pain and suffering, it is hereby

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Gene Russo as against Defendant NJ Transit Rail Operations, Inc. for the total sum of $250,914.

SO ORDERED.

Dated: January 16, 2024
         New York, New York

_____
JENNIFER H. REARDEN
United States District Judge