UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE RUSSO,<br><br>                     Plaintiff,<br><br>-v.-<br><br>NJ TRANSIT RAIL OPERATIONS, INC.,<br><br>                     Defendant. | 22 Civ. 01751 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **February 6, 2024** at **12:15 p.m.**, the Court will hold a teleconference in this matter. Counsel should join the conference by dialing 646-453-4442 and entering access code 651 366 684 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                                                                             JENNIFER H. REARDEN
                                                                                            United States District Judge